# In the United States Court of Federal Claims

| | |
|---|---|
| OXFORD FEDERAL, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>                    Defendant. | No. 23-cv-0288<br>(Filed: June 23, 2025) |

### ORDER

      Before the Court is the parties' Joint Motion to Enlarge Discovery Period, ECF No. 54, requesting that the Court modify certain deadlines initially set in the September 20, 2024 Discovery Scheduling Order, ECF No. 42, to facilitate requests for documentary evidence and the taking of depositions overseas.

      The Court finds good cause to **GRANT** the parties' joint motion. Accordingly, the Court hereby **VACATES** the following deadlines set in the September 20, 2024 Discovery Scheduling Order, ECF No. 42, and **ENTERS** the following revised deadlines:

| | |
|---|---|
| Fact Discovery Deadline | December 30, 2025 |
| Joint Status Report Proposing Expert Discovery Schedule | January 8, 2026 |

**IT IS SO ORDERED.**

                                                                         ROBIN M. MERIWEATHER
                                                                         Judge